**Gregorio C. FUNTANILLA, Jr., Petitioner–Appellant,**

v.

**Cheryl K. PLILER, Warden, Respondent–Appellee.**

**No. 05–17280.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 12, 2006.

Gregorio C. Funtanilla, Jr., Corcoran, CA, pro se.

Diann Sokoloff, Esq., Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Before: GOODWIN, RYMER, and FISHER, Circuit Judges.

**MEMORANDUM****

California state prisoner Gregorio C. Funtanilla, Jr. appeals from the district court's judgment denying his 28 U.S.C. § 2254 petition. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo a district court's decision to deny a § 2254 petition, *see McQuillion v. Duncan,* 306 F.3d 895, 899 (9th Cir.2002).

Funtanilla contends that the district court erred in dismissing his § 2254 petition as procedurally defaulted. We disagree, and we affirm the district court's judgment for the reasons stated by the district court in its decision filed on July 26, 2005.

**AFFIRMED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

